**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lisa Faith DAVIS, Defendant— Appellant.**

**No. 07–6627.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 25, 2007.

Lisa Faith Davis, Appellant Pro Se. Amy Elizabeth Ray, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Faith Davis appeals the district court's orders denying Davis' motions to modify her presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 1:05–cr–00212–1, 2007 WL 1080246 (W.D.N.C. Apr. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*